Suzanne C. Leidner
LEIDNER & LEIDNER
4622 Hollywood Blvd.
Los Angeles, CA 90027
Tel: (323) 664-5670
Fax:(323)662-0840
State Bar of California #090387

Attorney for Plaintiff
ERICK LOPEZ

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ERICK LOPEZ ) | CASE NO.: CV 0858 SS |
| ) | |
| Plaintiff ) | Order Awarding EAJA |
| ) | Fees |
| vs. ) | |
| ) | |
| MICHAEL ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

IT IS ORDERED that based upon the parties Stipulation for the Award and Payment of Equal Access to Justice (EAJA) Fees, Plaintiff shall be awarded attorney fees under EAJA in the amount of NINETEEN HUNDRED FIFTY DOLLARS and 00/cents ($1,950.00), as authorized by 28 U.S.C. 2412(d), and subject to the terms of the above-referenced Stipulation.

DATED: DECEMBER __16__, 2010                    /S/
                                             _____
                                             SUZANNE SEGAL
                                             UNITED STATES MAGISTRATE JUDGE

-1-